UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 05-722 (FSH) |
| v. : | |
| : | |
| HAKAN OZCELIK, : | **ORDER TO RETURN OVERPAYMENT** |
| : | **OF FINE AND SPECIAL ASSESSMENT** |
| Defendant. : | |

It appearing that on March 21, 2006, Defendant Hakan Ozcelik was convicted by a jury verdict on both counts of a 2-count indictment; and it further appearing that, at the sentencing hearing on September 12, 2006, the Court ordered fines of $5,000 on Count 1 of the Indictment and $1,000 on Count 2 of the Indictment, as well as a Special Assessment of $100 on each count; and it further appearing that Defendant Ozcelik has paid the full amount of both the fines and the Special Assessment; and it further appearing that Defendant's conviction on Count 2 of the Indictment was reversed on appeal, and the matter was remanded to this Court for resentencing on Count 1 only; and it further appearing that, at the July 21, 2008 resentencing hearing, Defendant requested repayment of the $1000 fine and $100 Special Assessment for the overturned conviction on Count 2 of the Indictment,

**IT IS** on this 21st day of July, 2008,

**ORDERED** that the Clerk of the Court shall refund to Defendant Hakan Ozcelik the overpaid fine in the amount of $1,000.00; it is further

**ORDERED** that the Clerk of the Court shall also refund to Defendant Hakan Ozcelik the overpaid Special Assessment in the amount of $100.00.

/s/  Faith S. Hochberg
United States District Judge