UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Crim. No. 07-722 (FSH)

v.                         :   Hon. Faith S. Hochberg, U.S.D.J.

HAKAN OZCELIK              :   ORDER

This matter having come before the Court on the pro se motion of defendant Hakan Ozcelik for an order terminating early his supervised release; and the United States of America, Ralph J. Marra, Jr., Acting United States Attorney (James B. Nobile, Assistant U.S. Attorney, appearing) having opposed this motion; and the Court having read the submissions of the parties and having reviewed the record in this matter; and for good cause shown,

It is on this 11th day of ~~August~~ September, 2009,

ORDERED that defendant Ozcelik's motion to terminate early his supervised release be denied; and it is further

ORDERED that defendant Ozcelik's conditions of supervised release be amended to permit him to travel to Turkey for a period of 14 days for the purpose of visiting his ailing mother; and it is further

ORDERED that defendant Ozcelik provide the U.S. Probation Office with an itinerary and a copy of his departing and returning airline tickets prior to his departure to Turkey.

_____
HON. FAITH S. HOCHBERG
United States District Judge